

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Mary Haynes,

Vs. No. 11-20-00158-CV

DOH Oil Company; Craig A. Johnson;
CAJ Oil, LLC; OneMap Mineral No. 4 LLC;
OM4 Saleco, LLC; Saxet I Minerals, LLC;
Royalty Interests Partnership, LP; Lario
Permian, LLC; and Christy Milton,

\* From the 118th District Court
of Martin County,
Trial Court No. 7459

\* May 12, 2022

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Mary Haynes.